**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In re: HOFMEISTER, JASON LOWELL § Case No. 09-11850
HOFMEISTER, HEATHER MARIE §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL J. HEBENSTREIT, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $140,263.00          Assets Exempt: $25,477.25
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,332.79     Claims Discharged
                                                Without Payment: $41,973.72

Total Expenses of Administration: $672.72

3) Total gross receipts of $ 3,069.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,064.25 (see **Exhibit 2**), yielded net receipts of $2,005.51 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $226,269.00 | $46,750.91 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 672.72 | 672.72 | 672.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,657.00 | 41,956.51 | 41,956.51 | 1,332.79 |
| **TOTAL DISBURSEMENTS** | $234,926.00 | $89,380.14 | $42,629.23 | $2,005.51 |

4) This case was originally filed under Chapter 7 on August 13, 2009. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/19/2012          By: /s/MICHAEL J. HEBENSTREIT
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | 3,069.00 |
| Interest Income | 1270-000 | 0.76 |
| **TOTAL GROSS RECEIPTS** | | **$3,069.76** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jason L. Hofmeister and Heather M. Hofmeister | exemptions | 8100-002 | 1,064.25 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,064.25** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AmeriCredit Financial Services, Inc. | 4110-000 | N/A | 46,750.91 | 0.00 | 0.00 |
| NOTFILED | Forum Credit Union | 4110-000 | 9,832.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial | 4110-000 | 28,164.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC | 4110-000 | 141,246.00 | N/A | N/A | 0.00 |
| NOTFILED | Kirby/United Consumer Financial Services | 4110-000 | 1,027.00 | N/A | N/A | 0.00 |
| NOTFILED | AmeriCredit | 4110-000 | 46,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$226,269.00** | **$46,750.91** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL J. HEBENSTREIT | 2100-000 | N/A | 501.38 | 501.38 | 501.38 |
| MICHAEL J. HEBENSTREIT | 2200-000 | N/A | 42.49 | 42.49 | 42.49 |
| The Bank of New York Mellon | 2600-000 | N/A | 3.85 | 3.85 | 3.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $672.72 | $672.72 | $672.72 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -2 | Chrysler Financial Services Americas LLC | 7100-000 | N/A | 14,098.61 | 14,098.61 | 447.86 |
| 3 -2 | AmeriCredit Financial Services, Inc. | 7100-000 | N/A | 18,673.57 | 18,673.57 | 593.18 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 4,573.00 | 4,739.22 | 4,739.22 | 150.55 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 1,243.00 | 1,243.24 | 1,243.24 | 39.49 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 73.00 | 100.29 | 100.29 | 3.19 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 409.00 | 461.03 | 461.03 | 14.65 |
| 8 | PYOD LLC its successors and assigns | 7100-000 | 481.00 | 522.99 | 522.99 | 16.61 |
| 9 | Roundup Funding, LLC | 7100-000 | 383.00 | 1,107.53 | 1,107.53 | 35.18 |
| 10 | United Consumer Financial Services | 7100-000 | N/A | 841.24 | 841.24 | 26.72 |
| 11 | Recovery Management Systems Corporation | 7100-000 | 145.00 | 168.79 | 168.79 | 5.36 |
| NOTFILED | Children's Place | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 601.00 | N/A | N/A | 0.00 |
| NOTFILED | Northside Anesthesia Services | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | Indiana Health Group | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Pediatric OPHTH & Adult Strabismus | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Vincent Physician Services | 7100-000 | 108.00 | N/A | N/A | 0.00 |
| NOTFILED | Reconstructive Hand Surgeons of IN | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | Riverview Anesthesia | 7100-000 | 61.00 | N/A | N/A | 0.00 |
| NOTFILED | CENTA | 7100-000 | 230.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$8,657.00** | **$41,956.51** | **$41,956.51** | **$1,332.79** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-11850  
**Case Name:** HOFMEISTER, JASON LOWELL  
HOFMEISTER, HEATHER MARIE  
**Period Ending:** 07/19/12  

**Trustee:** (340480) MICHAEL J. HEBENSTREIT  
**Filed (f) or Converted (c):** 08/13/09 (f)  
**§341(a) Meeting Date:** 09/18/09  
**Claims Bar Date:** 12/28/09  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 112 Arrowhead 3 Br, 2 1/2 Bath, Purcha | 67,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 40.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking: JP Morgan Chase | 454.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking: JP Morgan Chase | 19.00 | 0.00 | DA | 0.00 | FA |
| 5 | Living room furniture, Kitchen table w/ chairs, | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Kirby vacuum | 350.00 | 0.00 | DA | 0.00 | FA |
| 7 | Books, Pictures, CDs, DVDs | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | Personal Clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 9 | Wedding rings, Watches, Misc. Costume Jewelry | 750.00 | 0.00 | DA | 0.00 | FA |
| 10 | Golf clubs, 2 Guns, camera, | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Term Life through work-no cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2 Term Life Policies-no cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | 401K | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2007 Dodge Grand Caravan w/ 35k miles-has some b | 13,500.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2008 Yamaha V-star 1300 w/ 805 miles | 9,500.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2009 GMC Arcadia w/ 16K miles | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1 Dog | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | BBQ, Hand tools, Garden tools, Lawn mower, patio | 200.00 | 0.00 | DA | 0.00 | FA |
| 19 | Tax Refund  (u) | 0.00 | 2,004.75 | | 3,069.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.76 | FA |
| 20 | Assets    Totals (Excluding unknown values) | **$140,263.00** | **$2,004.75** | | **$3,069.76** | **$0.00** |

**Major Activities Affecting Case Closing:**

tax refunds

9/21/09 Ltr Counsel advise of tax refund as possible asset; prep tax intercept

4/2/10  Issue ck to debtor for exemptions

12/07/10 Filed Omn Obj  Res Due 1/5/11

01/13/11  Chrysler to amend Claim # 2 as unsecured def.  ck clms 2/15 to determine status

2/28/12  Issue cks to creditors

Printed: 07/19/2012 09:35 AM    V.13.03

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-11850
**Case Name:** HOFMEISTER, JASON LOWELL
HOFMEISTER, HEATHER MARIE
**Period Ending:** 07/19/12

**Trustee:** (340480) MICHAEL J. HEBENSTREIT
**Filed (f) or Converted (c):** 08/13/09 (f)
**§341(a) Meeting Date:** 09/18/09
**Claims Bar Date:** 12/28/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

6/27/12  Ready to file TDR once Bank stmt arrives

**Initial Projected Date Of Final Report (TFR):**   August 13, 2011      **Current Projected Date Of Final Report (TFR):**   January 17, 2012  (Actual)

Printed: 07/19/2012 09:35 AM    V.13.03

Case 09-11850-AJM-7A   Doc 66   Filed 07/20/12   EOD 07/20/12 08:55:23   Pg 8 of 10

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-11850 | | Trustee: | MICHAEL J. HEBENSTREIT (340480) |
|---|---|---|---|---|
| Case Name: | HOFMEISTER, JASON LOWELL | | Bank Name: | The Bank of New York Mellon |
| | HOFMEISTER, HEATHER MARIE | | Account: | 9200-******90-65 - Checking Account |
| Taxpayer ID #: | **-***1292 | | Blanket Bond: | $1,190,587.50  (per case limit) |
| Period Ending: | 07/19/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/29/10 | {19} | IRS | tax refund | 1224-000 | 3,069.00 | | 3,069.00 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.01 | | 3,069.01 |
| 04/02/10 | 1001 | Jason L. Hofmeister and Heather M. Hofmeister | exemptions | 8100-002 | | 1,064.25 | 2,004.76 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 2,004.88 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 2,005.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 2,005.12 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 2,005.24 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.11 | | 2,005.35 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,005.36 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,005.37 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,005.38 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,005.39 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,005.40 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,005.41 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,005.42 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,005.43 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,005.44 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,005.45 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,005.46 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 3.85 | 2,001.61 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,001.62 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,976.62 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,976.63 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,951.63 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,951.64 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,926.64 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,926.65 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,901.65 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,901.66 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,876.66 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,876.67 |
| 02/28/12 | 1002 | MICHAEL J. HEBENSTREIT | Dividend paid 100.00% on $501.38, Trustee Compensation; Reference: | 2100-000 | | 501.38 | 1,375.29 |
| 02/28/12 | 1003 | MICHAEL J. HEBENSTREIT | Dividend paid 100.00% on $42.49, Trustee Expenses; Reference: | 2200-000 | | 42.49 | 1,332.80 |
| 02/28/12 | 1004 | Chrysler Financial Services | Dividend paid 3.17% on $14,098.61; Claim# 2 | 7100-000 | | 447.86 | 884.94 |

Subtotals :  $3,069.77  $2,184.83

{} Asset reference(s)

Printed: 07/19/2012 09:35 AM    V.13.03

Case 09-11850-AJM-7A   Doc 66   Filed 07/20/12   EOD 07/20/12 08:55:23   Pg 9 of 10

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-11850 | Trustee: | MICHAEL J. HEBENSTREIT (340480) |
|---|---|---|---|
| Case Name: | HOFMEISTER, JASON LOWELL | Bank Name: | The Bank of New York Mellon |
| | HOFMEISTER, HEATHER MARIE | Account: | 9200-******90-65 - Checking Account |
| Taxpayer ID #: | **-***1292 | Blanket Bond: | $1,190,587.50 (per case limit) |
| Period Ending: | 07/19/12 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Americas LLC | -2; Filed: $14,098.61; Reference: | | | | |
| 02/28/12 | 1005 | AmeriCredit Financial Services, Inc. | Dividend paid 3.17% on $18,673.57; Claim# 3 -2; Filed: $18,673.57; Reference: | 7100-000 | | 593.18 | 291.76 |
| 02/28/12 | 1006 | Chase Bank USA, N.A. | Dividend paid 3.17% on $4,739.22; Claim# 4; Filed: $4,739.22; Reference: | 7100-000 | | 150.55 | 141.21 |
| 02/28/12 | 1007 | Chase Bank USA, N.A. | Dividend paid 3.17% on $1,243.24; Claim# 5; Filed: $1,243.24; Reference: | 7100-000 | | 39.49 | 101.72 |
| 02/28/12 | 1008 | Chase Bank USA, N.A. | Dividend paid 3.17% on $100.29; Claim# 6; Filed: $100.29; Reference: | 7100-000 | | 3.19 | 98.53 |
| 02/28/12 | 1009 | Chase Bank USA, N.A. | Dividend paid 3.17% on $461.03; Claim# 7; Filed: $461.03; Reference: | 7100-000 | | 14.65 | 83.88 |
| 02/28/12 | 1010 | PYOD LLC its successors and assigns | Dividend paid 3.17% on $522.99; Claim# 8; Filed: $522.99; Reference: | 7100-000 | | 16.61 | 67.27 |
| 02/28/12 | 1011 | Roundup Funding, LLC | Dividend paid 3.17% on $1,107.53; Claim# 9; Filed: $1,107.53; Reference: | 7100-000 | | 35.18 | 32.09 |
| 02/28/12 | 1012 | United Consumer Financial Services | Dividend paid 3.17% on $841.24; Claim# 10; Filed: $841.24; Reference: | 7100-000 | | 26.72 | 5.37 |
| 02/28/12 | 1013 | Recovery Management Systems Corporation | Dividend paid 3.17% on $168.79; Claim# 11; Filed: $168.79; Reference: | 7100-000 | | 5.36 | 0.01 |
| 07/12/12 | Int | The Bank of New York Mellon Bank | Interest Reversal | 1270-000 | -0.01 | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 3,069.76 | 3,069.76 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 3,069.76 | 3,069.76 | |
| Less: Payments to Debtors | | 1,064.25 | |
| NET Receipts / Disbursements | $3,069.76 | $2,005.51 | |

{} Asset reference(s)

Printed: 07/19/2012 09:35 AM   V.13.03

Case 09-11850-AJM-7A    Doc 66    Filed 07/20/12    EOD 07/20/12 08:55:23    Pg 10 of 10

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-11850  
**Case Name:** HOFMEISTER, JASON LOWELL  
HOFMEISTER, HEATHER MARIE  
**Taxpayer ID #:** **-***1292  
**Period Ending:** 07/19/12  

**Trustee:** MICHAEL J. HEBENSTREIT (340480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******90-66 - Checking Account  
**Blanket Bond:** $1,190,587.50 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******90-65** | 3,069.76 | 2,005.51 | 0.00 |
| **Checking # 9200-******90-66** | 0.00 | 0.00 | 0.00 |
| | **$3,069.76** | **$2,005.51** | **$0.00** |

{} Asset reference(s)  
Printed: 07/19/2012 09:35 AM    V.13.03